JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 476 -- In re International Total Services, Inc. Employee Benefit Plan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/12 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Deft. International Total Services, Inc. (emh) SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: (emh) |
| 81/06/22 | | APPEARANCES: S. RICHARD PINCUS, ESQ. for International Total Services, Inc., Richard P. Starke, Thomas G. Wilson, Robert Weitzel Charles Ginsberg, Carl Leonard, Robert Craig, William Ansman, Walter Zibrinski, Doug Smith, Sue Bronzo, Douglas Spures, Robert V. Moore, and Deanna Warden; ROBERT J. MOZER, ESQ. for Thomas Fitzgibbon, et al. and Allied Services Division Welware Fund (cds) |
| 81/08/26 | | HEARING ORDER -- Setting Motion of Intl. Total Svc. Inc. for transfer of actions for hearing on Sep. 24, 1981, Concord, New Hampshire. Notified involved counsel, judges & clerks. (rew) |
| 81/09/08 | 2 | RESPONSE -- Plaintiffs Respondents -- w/cert. of serv.(cds) |
| 81/09/09 | 3 | SUPPLEMENTAL MOTION Suggesting the N.D. Illinois as the Transferee District Court, MEMORANDUM IN SUPPORT, CERT. SVC. -- International Total Services, Inc. (ds) SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois (ds) |
| 81/09/17 | | HEARING APPEARANCES -- for hearing set for 9/24/81 S. Richard Pincus, Esq. for International Total Services, Inc., Richard P. Starke, Thomas G. Wilson; Robert weitzel, Charles Ginsberg, Carl Leonard, Robert Craig, William Ansman, Walter Zibrinski, Doug Smith, Sue Bronzo, Douglas Spures, Robert V. Moore and Deanna Warden; Robert J. Mozer, Esq. for All Plaintiffs. (ds) |
| 81/09/21 | 4 | MOVANT'S REPLY, AFFIDAVIT OF S. RICHARD PINCUS, CERT. OF SVC. -- Fox and Grove, Chartered. (eaf) |
| 81/09/22 | | WAIVER OF ORAL ARGUMENT -- S. Richard Pincus, Esq. for Defendants (ds) |
| 81/10/21 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Robert H. Schnacke, N.D. California. (ds) |
| 81/10/21 | | TRANSFER ORDER -- transferring litigation (A-1, A-2, A-4 and A-5) to the Northern District of California. (ds) pursuant to 28 U.S.C. §1407. (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 476 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re International Total Services, Inc. Employee Benefit Plan Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/24/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/21/81 | TO | (unpublished) | N.D. California | Robert H. Schnacke | |

Special Transferee Information

DATE CLOSED: 5/7/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 476 -- In re International Total Services, Inc. Employee Benefit Plan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Thomas Fitzgibbon, et al. v. International Total Services, Inc. | N.D.Tex. Hill | CA 3-81-01-0241-F | 10/21/81 | 81-4213 | 5/7/82 D | |
| A-2 | Thomas Fitzgibbon, et al. v. International Total Services, Inc. | E.D.N.Y. Neaher | CV-81-0476 | 10/21/81 | 81-4214 | 5/7/82 D | |
| A-3 | Thomas Fitzgibbon, et al. v. International Total Services, Inc. | N.D.Cal. Schnacke | C-81-0645 RHS xyz | | | 5/7/82 D | |
| A-4 | Thomas Fitzgibbon, et al. v. International Total Services, Inc. | C.D.Cal. Marshall | 81-0773 CBM | 10/21/81 | 81-4215 | 5/7/82 D | |
| A-5 | Allied Services Division Welfare Fund v. International Total Services, Inc., et al. | N.D.Ill. Grady | 81-C-2849 | 10/21/81 | 81-4216 | 5/7/82 | |

*Docket Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 476 -- In re International Total Services, Inc. Employee

Benefit Plan Litigation

---

THOMAS FITZGIBBON, ET AL. (A-1 - A-4)
ALLIED SERVICES DIVISION
  WELFARE FUNE   (A-5)
Robert J. Mozer, Esq.
Mozer & Gulmi
422 First Street, S.E.
Washington, D.C.  20003


INTERNATIONAL TOTAL SERVICES, INC.
RICHARD P. STARKE
THOMAS G. WILSON
ROBERT WEITZEL
CHARLES GINSBERG
CARL LEONARD
ROBERT CRAIG
WILLIAM ANSMAN
WALTER ZIBRINSKI
DOUG SMITH
SUE BRONZO
DOUGLAS SPURES
ROBERT V. MOORE
DEANNA WARDEN
S. Richard Pincus, Esq.
Fox and Grove, Chartered
233 South Wacker Drive
Sears Tower - Suite 7818
Chicago, Illinois  60606

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 476 -- In re International Total Services, Inc. Employee Benefit Plan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| International Total Services, Inc. | A-1 A-2 A-3 A-4 A-5 |
| Richard P. Starke, as President of International Total Services, Inc., and individually | A-5 |
| Thomas G. Wilson, as President of the Midwest Div. of International Total Services and Individually | A-5 |
| Robert Weitzel, as Executive Vice President of International Total Services, Inc. and individually | A-5 |
| Charles Ginsberg | A-5 |
| Carl Leonard | A-5 |
| Robert Craig | A-5 |
| William Ansman | A-5 |
| Walter Zibrinski | A-5 |
| Doug Smith | A-5 |
| Sue Bronzo | A-5 |

p. _____

| | |
|---|---|
| Douglas Spures | A-5 |
| Robert V. Moore | A-5 |
| Deanna Warden | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |