DOCKET NO. 476

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INTERNATIONAL TOTAL SERVICES, INC. EMPLOYEE BENEFIT PLAN LITIGATION

TRANSFER ORDER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by International Total Services, Inc. (Total), a defendant in the five actions listed on the attached Schedule A, for centralization of those actions in a single district for coordinated or consolidated pretrial proceedings.

All responding parties agree on the desirability of or do not oppose transfer. The only dispute concerns the selection of the transferee district. Total favors centralization in the Northern District of Illinois; plaintiffs in all actions urge centralization in the Northern District of California.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization of the actions under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

Although we are of the view that either the Northern District of California or the Northern District of Illinois could be described as an appropriate transferee forum for this litigation, we conclude that the Northern District of California is preferable. The action pending in the Northern District of California was the first action commenced in this litigation, and two of the five actions in this litigation are presently pending in federal district courts in California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Robert H. Schnacke for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

DOCKET NO. 476

SCHEDULE A

<u>Northern District of Texas</u>
<u>Thomas Fitzgibbon, et al. v. International Total Services, Inc., C.A. No. CA-3-81-0241-F</u>
<u>Eastern District of New York</u>
<u>Thomas Fitzgibbon, et al. v. International Total Services, Inc., C.A. No. CV-81-0476</u>
<u>Northern District of California</u>
<u>Thomas Fitzgibbon, et al. v. International Total Services, Inc., C.A. No. C81-0645-RHS</u>
<u>Central District of California</u>
<u>Thomas Fitzgibbon, et al. v. International Total Services, Inc., C.A. No. CV81-0773-CBM</u>
<u>Northern District of Illinois</u>
<u>Allied Services Division Welfare Fund v. International Total Services, Inc., et al., C.A. No. 81C2849</u>